IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



SHAHEED N. RANSOME,

    Petitioner,

v.                                       Civil Action No. 3:18CV769

JEFFREY NEWTON, et al.,

    Respondents.

## MEMORANDUM OPINION

On March 29, 2021, the United States Postal Service returned a March 16, 2021 Memorandum Order to the Court. The envelope reflects that Shaheed N. Ransome was released on September 2, 2020. Ransome's failure to keep the Court apprised of his current address indicates his lack of interest in prosecuting the present action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

It is so ORDERED.

                                                   /s/    REP
Date: May 12, 2021                Robert E. Payne
Richmond, Virginia            Senior United States District Judge